**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

NICHOLE KITCHELL, etc.,

        Plaintiff,

vs.                                               Case No. 3:07-cv-774-J-32MCR

YARD DEPOT, INC. and
SUZAN BELZ,

        Defendants,

**ORDER**[1]

Before the Court is the parties' Joint Stipulation For Dismissal With Prejudice. (Doc. 6.) This is a case brought for unpaid overtime compensation and declaratory relief under the Fair Labor Standards Act, as amended. 29 U.S.C. § 216(b). Plaintiff seeks overtime compensation, liquidated damages, and reasonable attorneys' fees and costs. (Doc. 1.) In a Fair Labors Standards Act case, the Court must make a finding that the settlement of the case represents "a fair and reasonable resolution of a bona fide dispute over the Act's provisions" after "scrutinizing the settlement for fairness." Lynn's Food Stores, Inc. v. Dep't of Labor, 679 F.2d 1350, 1353, 1355 (11th Cir. 1982). See also, Honey v. Stafford Transport of Florida, Inc., No. 3:06-cv-76-J-33TEM, 2006 WL 3708087, at *1 (M.D. Fla. Dec. 14, 2006).

---

[1] Under the E-Government Act of 2002, this is a written opinion and therefore is available electronically. However, it has been entered only to decide the matter addressed herein and is not intended for official publication or to serve as precedent.

Accordingly, it is hereby

**ORDERED**:

The parties shall, file no later than **February 27, 2008**, a joint motion for approval of settlement, setting forth the terms of the settlement between the parties such that the Court may consider whether the settlement "is a fair and reasonable resolution" of the dispute.

**DONE AND ORDERED** at Jacksonville, Florida this 7th day of February, 2008.

_____
TIMOTHY J. CORRIGAN
United States District Judge

jl.
Copies to:
Counsel of Record